# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA/SOUTHERN DIVISION

| | |
|---|---|
| WENDYANN SGONTZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CROSSMARK, INC., a Delaware Corporation; and DOES 1 -50, inclusive,,<br><br>Defendants. | Case No. 8:23−cv−00547 CJC (KESx)<br><br>District Judge – Cormac J. Carney<br>Magistrate Judge: Karen E. Scott<br><br>Orange County Superior Court Case No.:<br>30-2023-01307932-CU-OE-CJC<br><br>State Court Complaint Filed: February 14, 2023<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT ENTIRE ACTION TO ARBITRATION** |

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:

1. This matter shall be submitted to arbitration, and the Court shall retain jurisdiction to enforce this Joint Stipulation to Submit to Arbitration, to enforce any arbitration award, and to perform any other roles as permitted by the Federal Arbitration Act and/or other applicable laws or rules of this Court;

**IT IS SO ORDERED.**

Dated: May 1, 2023

HONORABLE CORMAC J. CARNEY
United States District Court Judge